**Fill in this information to identify the case**

Debtor name    **Palasota Contracting, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3.1. | **Allegiance Bank Business Checking account** | **Checking account** | 4 | 0 | 8 | 2 | $0.00 |
| 3.2. | **Chase Checking account** | **Checking account** | 7 | 9 | 8 | 2 | $0.00 |
| 3.3. | **Encore Bank Checking account** | **Checking account** | 0 | 8 | 3 | 9 | $44,562.04 |
| 3.4. | **Simmons Bank Checking account** | **Checking account** | 5 | 3 | 8 | 1 | $0.00 |
| 3.5. | **Wells Fargo Navigatae Business Checking account** | **Checking account** | 1 | 8 | 5 | 4 | ($45.06) |
| 3.6. | **Wells Fargo Navigate Business Checking account** | **Checking account** | 5 | 8 | 0 | 9 | $0.00 |
| 3.7. | **Wells Fargo Business Platinum Savings account** | **Savings account** | 8 | 4 | 4 | 9 | $0.00 |

Debtor **Palasota Contracting, LLC** _____   Case number (if known) _____
Name

**4.** **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

**5.** **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

| $44,516.98 |
|---|

## Part 2:  Deposits and prepayments

**6.** **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| $0.00 |
|---|

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**11.** **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | $0.00 | – | $0.00 | = .............. ➔ | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $8,101,469.00 | – | $0.00 | = .............. ➔ | $8,101,469.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $8,101,469.00 |
|---|

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

Valuation method              Current value of
used for current value     debtor's interest

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| Debtor | **Palasota Contracting, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                 % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |

---

Debtor    **Palasota Contracting, LLC**                          Case number (if known) _____
_____
Name

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                                    **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| Desk Chairs Filing Cabinet | | | $1,500.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers Printer Scanners | | | $1,500.00 |

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                                    **$3,000.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Palasota Contracting, LLC**                          Case number (if known) _____
          Name

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See Attached Schedule - Vehicles** | | | **$440,000.00** |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **See Attached Schedule - Equipment** | | | **$3,737,998.60** |
| **See Attached Schedule "Property Located at 7116 Raymond Stotzer Parkway, College Station, Texas 77845"** | | | **$1,371,600.00** |
| **51. Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | | | **$5,549,598.60** |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **56. Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88. | | | | **$0.00** |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

Debtor     **Palasota Contracting, LLC**                                    Case number (if known) _____
           Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |
| 66. **Total of Part 10.** Add lines 60 through 65.  Copy the total to line 89. | | | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes.  Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

---

Debtor     __Palasota Contracting, LLC__        Case number (if known) _____
          Name

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     **Palasota Contracting LLC; Ricky Palasota Jr and RJ Equipment, LLC v Ricky Palasota Sr; BVS Construction, Inc.**        **Unknown**

     **Nature of claim**     _____

     **Amount requested**     _____

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

     **LEASE - HP DesignJet T2600dr 36 PS MFP Printer**
     **Property Returned**        **$0.00**

     **LEASE**
     **Ricoh IM C300F**
     **Ricoh C6004**        **Unknown**

**78.** **Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.        **$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Debtor | **Palasota Contracting, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$44,516.98** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$8,101,469.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$3,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$5,549,598.60** | |
| 88. | **Real property.** *Copy line 56, Part 9.* ........................................➔ | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column. 91a. | **$13,698,584.58** + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ...................................................................................   **$13,698,584.58**

**Fill in this information to identify the case:**

Debtor name **Palasota Contracting, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| Creditor's name<br>**Allegiance Bank** | Describe debtor's property that is subject to a lien<br>**2017 JD 160** | $30,108.30 | $3,737,998.60 |
| --- | --- | --- | --- |

Creditor's mailing address
**Heights Banking Office**

**2222 North Durham**

**Houston          TX   77008**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number          **4   8   5   0**

Do multiple creditors have an interest in
the same property?

☐ No

☒ Yes. Specify each creditor, including this
creditor, and its relative priority.

Describe the lien
**Equipment Financing**

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

1) Encore Bank; 2) Allegiance Bank; 3) Allegiance Bank; 4) Allegiance Bank; 5) Allegiance Bank; 6) CCG Commercial Credit Group; 7) CCG Commercial Credit Group; 8) CCG Commercial Credit Group; 9) CCG Commercial Credit Group; 10) CCG Commercial Credit Group; 11) CCG Commercial Credit Group; 12) CCG Commercial Credit Group; 13) CCG Commercial Credit Group; 14) CCG Commercial Credit Group; 15) Kubota Credit Corp; 16) Kubota Credit Corp; 17) Kubota Credit Corp; 18) Kubota Credit Corp; 19) Kubota Credit Corp; 20) Simmons Bank; 21) Honda Financial Services; 22) Honda Financial Services; 23) CCG Commercial Credit Group.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,307,784.10

Debtor **Palasota Contracting, LLC** _____   Case number (if known) _____

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

### Part 1: Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.2**

| | |
|---|---|
| Creditor's name<br>**Allegiance Bank** | Describe debtor's property that is subject to a lien |

Amount of claim: **$22,947.61**   Value of collateral: **$4,177,998.60**

**2017 Ford F450-2008 Vermeer TRX 1250-2008 Vermer V**

Creditor's mailing address
**Heights Banking Office**

Describe the lien

**2222 North Durham**

**Equipment Financing**

_____

Is the creditor an insider or related party?

**Houston            TX    77008**

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred   _____

☑ No

Last 4 digits of account
number            **6   5   8   6**

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply.

☐ No

☐ Contingent

☑ Yes.  Have you already specified the relative priority?

☐ Unliquidated

☐ Disputed

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**For See Attached Schedule - Equipment: See 2.1.  For See Attached Schedule - Vehicles: 1) Encore Bank; 2) Allegiance Bank; 3) Ally Financial; 4) Ally Financial; 5) Ally Financial; 6) Ally Financial; 7) GM Financial; 8) GM Financial; 9) GM Financial; 10) GM Financial; 11) GM Financial; 12) Toyota Motor Credit Corp.**

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.3**

| | |
|---|---|
| Creditor's name<br>**Allegiance Bank** | Describe debtor's property that is subject to a lien |

Amount of claim: **$45,238.40**   Value of collateral: **$0.00**

**JD 915 Ripper-Fly Cutter-2017 New Holland Baler et**

Creditor's mailing address
**Heights Banking Office**

Describe the lien

**2222 North Durham**

**Equipment Financing**

_____

Is the creditor an insider or related party?

**Houston            TX    77008**

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred   _____

☑ No

Last 4 digits of account
number            **9   9   6   6**

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply.

☑ No

☐ Contingent

☐ Yes.  Have you already specified the relative priority?

☐ Unliquidated

☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor   **Palasota Contracting, LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4** Creditor's name
**Allegiance Bank**

Creditor's mailing address
**Heights Banking Office**

**2222 North Durham**

_____

**Houston            TX    77008**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number                  **3    3    4    6**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

　☐ No.  Specify each creditor, including this
　creditor, and its relative priority.

　☑ Yes.  The relative priority of creditors is
　specified on lines **2.1**

Describe debtor's property that is
subject to a lien                                    **$23,866.66**        **$3,737,998.60**

**2014 Trail King Tanker; 2022 Neckover 14 Bale Trai**

Describe the lien

**Equipment Financing**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.5** Creditor's name
**Allegiance Bank**

Creditor's mailing address
**Heights Banking Office**

**2222 North Durham**

_____

**Houston            TX    77008**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number                  **5    0    9    0**

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

　☐ No.  Specify each creditor, including this
　creditor, and its relative priority.

　☑ Yes.  The relative priority of creditors is
　specified on lines **2.1**

Describe debtor's property that is
subject to a lien                                    **$381,288.24**        **$3,737,998.60**

**Kubota Skid Steer**

Describe the lien

**Equipment Financing**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor     **Palasota Contracting, LLC** _____     Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.6** **Creditor's name**
**Ally Financial**

**Creditor's mailing address**
**PO Box 8102**

_____

**Cockeysville        MD   21030**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account
number**        **4   9   3   3**

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
specified on lines **2.2**

**Describe debtor's property that is
subject to a lien**

**2021 Chevy Silverado 2500 HD**

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$43,934.05**     **$440,000.00**

**2.7** **Creditor's name**
**Ally Financial**

**Creditor's mailing address**
**PO Box 8102**

_____

**Cockeysville        MD   21030**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account
number**        **4   8   9   4**

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
specified on lines **2.2**

**Describe debtor's property that is
subject to a lien**

**2022 Chevy Silverado 3500**

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$69,214.53**     **$440,000.00**

Debtor   **Palasota Contracting, LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.8**

Creditor's name
**Ally Financial**

Creditor's mailing address
**PO Box 8102**

_____

**Cockeysville        MD   21030**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number    **4   9   4   3**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☑ Yes.  The relative priority of creditors is specified on lines **2.2**

Describe debtor's property that is subject to a lien
**2021 GMC Sierra Denali Dually**

Describe the lien
**Vehicle Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$69,440.54**   **$440,000.00**

**2.9**

Creditor's name
**Ally Financial**

Creditor's mailing address
**PO Box 8102**

_____

**Cockeysville        MD   21030**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number    **4   9   8   2**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☑ Yes.  The relative priority of creditors is specified on lines **2.2**

Describe debtor's property that is subject to a lien
**2022 Dodge Ram 3500**

Describe the lien
**Vehicle Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$56,715.39**   **$440,000.00**

Debtor **Palasota Contracting, LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.10**

**Creditor's name**
**CCG Commercial Credit Group**

**Creditor's mailing address**
**2135 City Gate Lane, Ste 440**
_____

**Napersville          IL      60536**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**          **2    0    0    3**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

**2017 Kimatsu PC210LC-11**

**Describe the lien**
**Equipment Financing**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

        **$68,519.96**        **$3,737,998.60**

---

**2.11**

**Creditor's name**
**CCG Commercial Credit Group**

**Creditor's mailing address**
**2135 City Gate Lane, Ste 440**
_____

**Napersville          IL      60536**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**          **2    2    0    2**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

**2019 Komatsu PC2101LC-11 Excavator**

**Describe the lien**
**Equipment Financing**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

        **$167,058.28**        **$3,737,998.60**

| Debtor | **Palasota Contracting, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.12**

**Creditor's name**
**CCG Commercial Credit Group**

**Creditor's mailing address**
**2135 City Gate Lane, Ste 440**

**Napersville          IL    60536**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number          2   2   0   3**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

 ☐ No.  Specify each creditor, including this creditor, and its relative priority.

 ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
**2011 Palmer End Dump Trailer (sold); 2012 Inter'l**

**Describe the lien**
**Equipment Financing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$54,330.82**   **$3,737,998.60**

---

**2.13**

**Creditor's name**
**CCG Commercial Credit Group**

**Creditor's mailing address**
**2135 City Gate Lane, Ste 440**

**Napersville          IL    60536**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number          2   0   0   2**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

 ☐ No.  Specify each creditor, including this creditor, and its relative priority.

 ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
**2018 Komatsu PC360LC-11**

**Describe the lien**
**Equipment Financing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$157,874.59**   **$3,737,998.60**

Debtor  **Palasota Contracting, LLC**  Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  **Continue numbering the lines sequentially from the previous page.**

---

**2.14**

**Creditor's name**
**CCG Commercial Credit Group**

**Describe debtor's property that is subject to a lien**

**2014 Hamm Roller; 2021 Kubota Skid Steer**

$115,509.39   $3,737,998.60

**Creditor's mailing address**
**2135 City Gate Lane, Ste 440**

**Describe the lien**
**Equipment Financing**

**Naperville          IL     60536**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**     **2   2   0   1**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.1**

---

**2.15**

**Creditor's name**
**CCG Commercial Credit Group**

**Describe debtor's property that is subject to a lien**

**2017 Freightliner Mixer Truck**

$250,092.55   $3,737,998.60

**Creditor's mailing address**
**2135 City Gate Lane, Ste 440**

**Describe the lien**
**Equipment Financing**

**Naperville          IL     60536**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**     **2   2   0   1**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.1**

---

| Debtor | **Palasota Contracting, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. **Continue numbering the lines sequentially from the previous page.**

**2.16**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $186,902.68 | $3,737,998.60 |
|---|---|---|---|

**CCG Commercial Credit Group**

**2012 Caterpillar Dozer; 2020 Bobcat; 2014 Mack Mix**

**Creditor's mailing address**
**2135 City Gate Lane, Ste 440**

**Describe the lien**
**Equipment Financing**

**Napersville          IL     60536**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**    2  2  0  1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines **2.1**

**2.17**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $133,402.24 | $3,737,998.60 |
|---|---|---|---|

**CCG Commercial Credit Group**

**2014 Hamm Compactor; 2017 Fabtech Feeder; 2017 JD**

**Creditor's mailing address**
**2135 City Gate Lane, Ste 440**

**Describe the lien**
**Equipment Financing**

**Napersville          IL     60536**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**    2  1  0  1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines **2.1**

Debtor    **Palasota Contracting, LLC**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.18**

**Creditor's name**
**CCG Commercial Credit Group**

**Describe debtor's property that is subject to a lien**                          $342,536.19       $3,737,998.60

**Creditor's mailing address**
**2135 City Gate Lane, Ste 440**

**2022 Mack Mixer; 2008 Caterpillar Padfoot Compacto**

**Describe the lien**
**Equipment Financing**

**Napersville           IL      60536**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**  _____

**Last 4 digits of account number**         2   2   0   1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines   **2.1**

**2.19**

**Creditor's name**
**CCG Commercial Credit Group**

**Describe debtor's property that is subject to a lien**                          $6,496.46       $3,737,998.60

**Equipment**

**Creditor's mailing address**
**2135 City Gate Lane, Ste 440**

**Describe the lien**
**Equipment Financing**

**Napersville           IL      60536**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**  _____

**Last 4 digits of account number**         2   1   0   2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines   **2.1**

| Debtor | **Palasota Contracting, LLC** | | Case number (if known) | |
|---|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.20**

**Creditor's name**
**Encore Bank**

**Creditor's mailing address**
**Speciality Finance**

**1225 S Main, Ste 101**

**Grapevine          TX    76051**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number     t    i    o    n**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.1, 2.2**

**Describe debtor's property that is subject to a lien**
**All Property**

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$662,455.74**    Value of collateral: **$4,177,998.60**

**2.21**

**Creditor's name**
**GM Financial**

**Creditor's mailing address**
**PO Box 1510**

**Cockeysville          MD    21030**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number     0    9    6    5**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**
**2018 Chevy Silverado 1500**

**Describe the lien**
**Vehicle Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$17,929.45**    Value of collateral: **$440,000.00**

Debtor   **Palasota Contracting, LLC** _____   Case number (if known) _____

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.22**

| Creditor's name | Describe debtor's property that is subject to a lien | $17,931.90 | $440,000.00 |
|---|---|---|---|
| **GM Financial** | | | |

Creditor's mailing address
**PO Box 1510**

**2018 Chevy Silverado 1500**

Describe the lien
**Vehicle Loan**

_____

**Cockeysville        MD   21030**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

_____

Date debt was incurred _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number        **0   9   8   7**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in
the same property?
☐ No
☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.2**

**2.23**

| Creditor's name | Describe debtor's property that is subject to a lien | $17,929.46 | $440,000.00 |
|---|---|---|---|
| **GM Financial** | | | |

Creditor's mailing address
**PO Box 1510**

**2018 Chevy Silverado**

Describe the lien
**Vehicle Loan**

_____

**Cockeysville        MD   21030**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

_____

Date debt was incurred _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number        **0   9   7   6**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in
the same property?
☐ No
☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.2**

Debtor **Palasota Contracting, LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.**

---

**2.24**

| | |
|---|---|
| **Creditor's name**<br>**GM Financial** | **Describe debtor's property that is**<br>**subject to a lien** |

Amount of claim: **Unknown**  Value of collateral: **$440,000.00**

**Creditor's mailing address**
**PO Box 1510**
_____

**2020 Cadillac Escalade**

_____

**Describe the lien**
**Vehicle Loan**

**Cockeysville        MD   21030**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in**
**the same property?**
☐ No
☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
   specified on lines **2.2**

---

**2.25**

| | |
|---|---|
| **Creditor's name**<br>**GM Financial** | **Describe debtor's property that is**<br>**subject to a lien** |

Amount of claim: **$55,964.56**  Value of collateral: **$440,000.00**

**Creditor's mailing address**
**PO Box 1510**
_____

**2019 Dodge Ram**

_____

**Describe the lien**
**Vehicle Loan**

**Cockeysville        MD   21030**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in**
**the same property?**
☐ No
☑ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is
   specified on lines **2.2**

---

Debtor **Palasota Contracting, LLC** _____  Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.26**

**Creditor's name**
**H&E Equipment Services**

**Describe debtor's property that is subject to a lien**

**Equipment**

**$30,618.02**     **$0.00**

**Creditor's mailing address**
**740 N Harvey Mitchell Pkwy**

**Describe the lien**
**Goods & Services**

**Bryan               TX   77807**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.27**

**Creditor's name**
**Honda Financial Services**

**Describe debtor's property that is subject to a lien**

**2021 Honda Rancher**

**$7,645.72**     **$3,737,998.60**

**Creditor's mailing address**
**PO Box 1844**

**Describe the lien**
**Equipment Financing**

**Alpharetta          GA   30023**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number** 6 0 2 6

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

---

Debtor   **Palasota Contracting, LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | | |
| --- | --- | --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.28**

**Creditor's name**
Honda Financial Services

**Describe debtor's property that is subject to a lien**

2021 Honda TRX90X

$1,947.34   $3,737,998.60

**Creditor's mailing address**
PO Box 1844

_____

Alpharetta          GA    30023

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**      7   7   6   4

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is specified on lines  2.1

**Describe the lien**
Equipment Financing

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.29**

**Creditor's name**
Kubota Credit Corp

**Describe debtor's property that is subject to a lien**

Kubota ZD1211L-3-72; Danuser Mower

$6,141.80   $3,737,998.60

**Creditor's mailing address**
PO Box 0559

_____

Carol Stream        IL     60132-0559

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**      8   5   5   9

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe the lien**
Equipment Financing

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **Palasota Contracting, LLC**                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

| | | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.30**

| **Creditor's name** Kubota Credit Corp | **Describe debtor's property that is subject to a lien** | $39,339.50 | $3,737,998.60 |
|---|---|---|---|

**Creditor's mailing address**
PO Box 0559

Kubota SVL95-2SHFC

**Describe the lien**
Equipment Financing

Carol Stream        IL        60132-0559

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**      3   6   0   9

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**2.31**

| **Creditor's name** Kubota Credit Corp | **Describe debtor's property that is subject to a lien** | $85,236.21 | $3,737,998.60 |
|---|---|---|---|

**Creditor's mailing address**
PO Box 0559

Kubota KX080-4S2R2A Kuhn Danuser SM40

**Describe the lien**
Equipment Financing

Carol Stream        IL        60132-0559

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**      0   8   6   1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is specified on lines **2.1**

Debtor   **Palasota Contracting, LLC** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.32**

**Creditor's name**
Kubota Credit Corp

**Creditor's mailing address**
PO Box 0559

_____

Carol Stream        IL      60132-0559

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**          9   0   2   0

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**
Polaris R21RSE99A9

**Describe the lien**
Equipment Financing

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $12,094.11 | $3,737,998.60 |

**2.33**

**Creditor's name**
Kubota Credit Corp

**Creditor's mailing address**
PO Box 0559

_____

Carol Stream        IL      60132-0559

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**          7   6   3   5

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**
Schulte FX1800 Felx Wing cutter

**Describe the lien**
Equipment Financing

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $25,255.97 | $3,737,998.60 |

| Debtor | **Palasota Contracting, LLC** | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.34**

**Creditor's name**
Simmons Bank

**Creditor's mailing address**
TX Grapevine Hall Johnson

2050 Hall Johnson Rd

Grapevine          TX     76051

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          9    1    6    7

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
2021 CTS DP Trailer; 2021 CTS DP Trailer

**Describe the lien**
Equipment Financing

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$35,000.00**   Column B: **$3,737,998.60**

---

**2.35**

**Creditor's name**
Toyota Motor Credit Corp

**Creditor's mailing address**
PO Box 22171

Tempe          AZ     85285

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          4    4    1    1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**
2022 Dodge Ram

**Describe the lien**
Vehicle Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$66,817.44**   Column B: **$440,000.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Palasota Contracting, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |

**Brazos County**

**c/o Julie Parsons**

**McCreary Veselka at al**

**PO Box 1269**

**Round Rock          TX        78680-1269**

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Rendition**

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | | **$3,831.75** | **$3,831.75** |

**Palasota, Brandy**

**PO Box 5409**

**Bryan          TX        77805**

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Palasota Contracting, LLC**                          Case number (if known) _____

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.3** | **Priority creditor's name and mailing address**

Palasota, Ricky

PO Box 5409

_____

Bryan                          TX        77805

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim: $22,946.54     Priority amount: $22,946.54**

---

**2.4** | **Priority creditor's name and mailing address**

Texas State Comptroller

111 E 17th Street

_____

Austin                         TX        78774-0100

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sales Taxes**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim: $114,338.96     Priority amount: $114,338.96**

---

Debtor **Palasota Contracting, LLC** _____   Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,485.00 |
|---|---|---|---|

**A& A Transportation LLC**

**6445 Fm 1463 Rd, Ste 160-258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Katy**      **TX**    **77494**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,450.00 |
|---|---|---|---|

**AAR Incorporated**

**925 US 183 N Ste B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Liberty Hill**      **TX**    **78642**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144,065.57 |
|---|---|---|---|

**ACT Pipe & Supply, Inc**

**480 Stone City Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bryan**      **TX**    **77803**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,797.70 |
|---|---|---|---|

**All Seasons Hydroseeding**

**PO Box 1749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Navasota**      **TX**    **77868**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Palasota Contracting, LLC** _____   Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$165.00** |

*Check all that apply.*

**Alliance Solutions Group, LLC**

**PO Box 25188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Sarasota**              **FL**      **34277**      **Goods & Services**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,667.00** |

*Check all that apply.*

**Alter Surety Group, LLC**

**5979 N W 151st St, Ste 202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Miami Lakes**          **FL**      **77306**      **Goods & Services**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$56,710.38** |

*Check all that apply.*

**AmeriTex Pipe & Products LLC**

**8489 Waukegan Rd**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Conroe**              **TX**      **77306**      **Lawsuit**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**Ameritex Pipe & Products, Inc v Palasota Contracting LLC et al**

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,120.00** |

*Check all that apply.*

**Anderson & Cunningham**

**Four Houston Center**

**1221 Lamar, Ste 1115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**              **TX**      **77010**      **Goods & Services**

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor   **Palasota Contracting, LLC**_____   Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** | Nonpriority creditor's name and mailing address

**Andrews Myers PC**

**Attn Kimberly Spaeth**

**1885 St James Place**

**Houston**          TX     **77056**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☒ No
☐ Yes

$50,538.83

---

**3.10** | Nonpriority creditor's name and mailing address

**Applied Energy Company**

**1205 Venture Ct, Ste 100**

**Carrolton**          TX     **75006**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

$5,141.87

---

**3.11** | Nonpriority creditor's name and mailing address

**Area Wide Protective**

**511 Compton Ave**

**Irving**          TX     **75061**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

$13,322.66

---

**3.12** | Nonpriority creditor's name and mailing address

**ASAP Equipment**

**730 Peach Crek Cut Off**

**College Station**          TX     **77845**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

$1,639.39

---

Debtor    **Palasota Contracting, LLC** _____     Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.13 | Nonpriority creditor's name and mailing address |

**Ash Grove Cement Company**

**c/o William L. Siegel**

**Cowles & Thompson PC**

**901 Main Street, Ste 3900**

**Dallas**                    **TX**    **75202**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Ash Grove Cement Company v Palasota Construction Inc et al**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$292,496.20**

---

| 3.14 | Nonpriority creditor's name and mailing address |

**AST Storage LLC**

**1082 E Monroe Ave**

_____

**Jay**                        **OK**    **74346**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$24,553.00**

---

| 3.15 | Nonpriority creditor's name and mailing address |

**AT&T**

**Southwestern Bell Telephone**

**1010 Pine 6W-P-02**

**St. Louis**                 **MO**    **63101**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Utility Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,354.26**

---

| 3.16 | Nonpriority creditor's name and mailing address |

**AWP Inc**

**c/o James Williams**

**Kruglak Wilkins Griffiths & Dougherty**

**4775 Munson St NW**

**Canton**                    **OH**    **44735**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**AWP, Inc v Palasota Contracting LLC et al**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Judgment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,799.46**

---

| Debtor | **Palasota Contracting, LLC** | Case number (if known) _____ |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**Badger Daylighting Corp**

**701 South Carson Ste 200**

_____

| **Carson City** | **NV** | **89701** |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$7,332.36**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**Badger Daylighting Corp**

**c/o Jon Totz**

**Totz Ellison & Totz PC**

**2211 Norfolk, Ste 510**

| **Houston** | **TX** | **77098** |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Badger Daylighting Corp v Palasota Contracting LLC**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$7,332.36**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**Bobcar of Houston**

**18340 Northwest Freeway**

_____

| **Houston** | **TX** | **77065** |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$5,804.73**

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

**Bryan Hose & Gasket**

**1800 Quality Park Lane**

_____

| **Bryan** | **TX** | **77803** |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$2,655.48**

---

Debtor      **Palasota Contracting, LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$73,590.64** |

BVS Construction Inc

c/o Jack W Dillard

The Dillard Law Firm

PO Box 5450

Bryan                              TX      77805

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Lawsuit

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**BVS Construction, Inc v Palasota Contracting LLC and United Fire & Casualty Company**
**361st JDC Brazos County, Texas**

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$37,539.30** |

BVS Construction Inc

c/o Jack W Dillard

The Dillard Law Firm

PO Box 5450

Bryan                              TX      77805

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Lawsuit

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**BVS Construction Inc v Palasota Contracting LLC and Frankenmuth Mutual Insurance Company**
**85th JDC Brazos County, Texas**

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$73,590.64** |

BVS Construction Inc

c/o Jack W Dillard

The Dillard Law Firm

PO Box 5450

Bryan                              TX      77805

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Lawsuit

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**BVS Construction Inc v Palasota Contracting LLC and United Fire & Casualty Company**
**335th JDC Burleson County, TX**

---

Debtor  **Palasota Contracting, LLC** _____  Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,600,000.00** |

Check all that apply.

**BVS Construction Inc** _____

☑ Contingent

**c/o Jack W Dillard** _____

☑ Unliquidated

**The Dillard Law Firm** _____

☑ Disputed

**PO Box 5450** _____

**Basis for the claim:**

**Bryan**                    **TX    77805**

**Lawsuit** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

**Palasota Contracting LLC; Ricky Palasota Jr and RJ Equipment, LLC v Ricky Palasota Sr; BVS Construction, Inc. Counterclaim by BVS Construction**

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

Check all that apply.

**BVS Construction Inc** _____

☐ Contingent

**c/o Jack W Dillard** _____

☐ Unliquidated

**The Dillard Law Firm** _____

☐ Disputed

**PO Box 5450** _____

**Basis for the claim:**

**Bryan**                    **TX    77805**

**Lawsuit** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

**BVS Construction, Inc v Plasota Contracting, LLC and Merchants Bonding Company**
**85th JDC Brazos County, Texas**

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13.00** |

Check all that apply.

**BVWS** _____

☐ Contingent

**1359 Harvey Mitchell Pkwy** _____

☐ Unliquidated

☐ Disputed

_____

**Basis for the claim:**

**Bryan**                    **TX    77803**

**Goods & Services** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

Debtor    **Palasota Contracting, LLC** _____   Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.27 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$16,384.00

**Capital Precast LLC**

**6905 S. Old Bastrop Hwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**San Marcos**          **TX**      **78666**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$8,406.39

**Capitol Bearing Service**

**1830 West State Hwy 21**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Bryan**          **TX**      **77803**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$27,030.56

**Cemex**

**10100 Katy Frwy, Ste 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Houston**          **TX**      **77043**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

Unknown

**Chevron**

**c/o Greenberg Grant Richards**

**5858 Westheimer Rd, Floor 5**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**      **77057**

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred          _____

Last 4 digits of account number      __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __**Palasota Contracting, LLC**_____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.31** Nonpriority creditor's name and mailing address

CityLynx Inc

14041 West Road, Ste 200

_____

Houston                        TX       77041

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,936.27**

---

**3.32** Nonpriority creditor's name and mailing address

CLM Equipment Company

c/o Bill Richey

Griffin & Matthews

400 Neches at Crockett

Beaumonnt                    TX       77701

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

CLM Equipment Company vs. Palasota Contracting LLC et al

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☒ No
☐ Yes

**$8,833.11**

---

**3.33** Nonpriority creditor's name and mailing address

CMC Construction Services

10650 State Highway 30

_____

College Station              TX       77845

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$64,628.97**

---

**3.34** Nonpriority creditor's name and mailing address

Connors Construction Inc

2513 US Hwy 77

_____

Lott                               TX       76656-3595

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$35,560.52**

---

Debtor   **Palasota Contracting, LLC** _____   Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                     **Amount of claim**

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

**Contech Engineered Solutions**

**9100 Centre Pointe Dr Ste 400**

_____

**West Chester**            **OH**     **45140**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

**$134,900.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

**Crum & Forester**

**c/o Caitlin R Convery**

**Shook Hardy & Bacon LLP**

**PO Box 843223**

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Insurance**

**$10,766.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Demand Letter**

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

**Curb Planet Inc**

**4918 Oak Ave**

**Pasadena,m TX  77506**

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

**$2,000.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

**Custom Fabricators & Repairs Inc**

**1379 N Harvey Mitchell Pkwy**

_____

**Bryan**                        **TX**     **77803-2064**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

**$11,625.00**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

Debtor   **Palasota Contracting, LLC**_____   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$625.63** |

**D WellmannTrucking LLC**

**10539 Hwy 105**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Brenham**              **TX**      **77833**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | **$62,387.78** |

**Dowling Electric Inc**

**6955 Coyote Run**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bryan**              **TX**      **77808**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | **$9,864.36** |

**Drake Environmental LLC**

**750 William D Fitch Pkwy**

**Ste 440**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**College Station**              **TX**      **77845**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | **$2,926.91** |

**Dudley Engineering**

**6102 Imperial Loop Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**College Station**              **TX**      **77845**

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor    **Palasota Contracting, LLC**                                          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  **Amount of claim**

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,640.41 |

**Elliott Electrical Supply**

**PO Box 630610**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Macogdoches**          TX      75963          **Lawsuit**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __          ☑ No
                                                      ☐ Yes

**Elliott Electric Supply Inc v Palasota Contracting LLC et al**

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,871.10 |

**Elms Law**

**2701 Treble Creek**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Antonio**          TX      78258          **Attorney Fees**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __          ☑ No
                                                      ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,750.00 |

**Energy Access Solutions LLC**

**4234 Boonville Rd, Ste 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Bryan**          TX      77802          **Goods & Services**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __          ☑ No
                                                      ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,332.74 |

**Ergos MSP Capital Partners**

**6110 Clarkson Ln**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**          TX      77055          **Goods & Services**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __          ☑ No
                                                      ☐ Yes

Debtor   **Palasota Contracting, LLC**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

| 3.47 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                    **$811.50**

Eric A Liepins PC

12770 Coit Rd, Ste 850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas                          TX       75251          **Goods & Services**

Date or dates debt was incurred                        **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __          ☑ No
                                                       ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                    **$17,095.99**

Everest National Insurance

c/o Lamont Hanley & Assoc Inc

1138 Elm Street

PO Box 179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Manchester                      NH       03105-0179     **Insurance**

Date or dates debt was incurred                        **Is the claim subject to offset?**

Last 4 digits of account number   __3__ __3__ __4__ __9__   ☑ No
                                                       ☐ Yes

Demand Letter

---

| 3.49 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                    **$1,392.67**

Evolution Construction LP

PO Box 7103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Bryan                           TX       77805          **Goods & Services**

Date or dates debt was incurred                        **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __          ☑ No
                                                       ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*                                                                    **$13,363.67**

Ferguson Waterworks

14630 Almeda School Rd

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston                         TX       77047          **Goods & Services**

Date or dates debt was incurred                        **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __          ☑ No
                                                       ☐ Yes

---

| Debtor | **Palasota Contracting, LLC** | Case number (if known) |
|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.51**   Nonpriority creditor's name and mailing address

Gandy, Robert Lee

c/o Padon D Holt

Holt & Hutchinsn PLLC

100 N Parker Ave, Ste 112

Bryan      TX    77803

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Robert Lee Gandy v Palasota Contracting LLC et al

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Lawsuit

**Is the claim subject to offset?**
☒ No
☐ Yes

**Unknown**

---

**3.52**   Nonpriority creditor's name and mailing address

Gessner Engineering

401 W 26th St #3

Bryan      TX    77803

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods & Services

**Is the claim subject to offset?**
☒ No
☐ Yes

**$2,330.00**

---

**3.53**   Nonpriority creditor's name and mailing address

Gregory, Lisa

c/o T Ernest Freeman

The Freeman Law Firm

1770 St James Place, Ste 120

Houston      TX    77056

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Gregory v Palasota Contracting, LLC et al

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Lawsuit

**Is the claim subject to offset?**
☒ No
☐ Yes

**Unknown**

---

**3.54**   Nonpriority creditor's name and mailing address

Gulf Coast-Texas Materials

1320 Arrow Point Dr, Ste 600

Cedar Park      TX    78613

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods & Services

**Is the claim subject to offset?**
☒ No
☐ Yes

**$39,789.47**

---

Debtor   **Palasota Contracting, LLC**                           Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.55 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$95,128.35

**H&O Trucking**

**PO Box 9544**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

| College Station | TX | 77842 |

**Goods & Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$1,676.51

**Honey Bucket**

**174 S Guadalupe St, Ste 203**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

| San Marcos | TX | 78666 |

**Goods & Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$14,820.13

**Interstate Billing Service**

**2114 Veterans Drive SE**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

| Decatur | AL | 35609 |

**Goods & Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

**Demand Letter**

Debtor   **Palasota Contracting, LLC**                          Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.58 | **Nonpriority creditor's name and mailing address** |
|------|------|

**Kirby-Smith Machinery, Inc.**

**c/o Mark Bagnall**

**Hicks Law Group**

**325 N St Paul St, Ste 4400**

**Dallas**                    **TX**      **75201**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**Demand Letter**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$48,602.47**

---

| 3.59 | **Nonpriority creditor's name and mailing address** |
|------|------|

**KSM Exchange LLC**

**PO Box 270300**

**Oklahoma**              **OK**      **73137**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$61,081.76**

---

| 3.60 | **Nonpriority creditor's name and mailing address** |
|------|------|

**Maciel Services**

**1229 Walter Banks Rd**

**Bryan**                    **TX**      **77807**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,446.90**

---

| 3.61 | **Nonpriority creditor's name and mailing address** |
|------|------|

**Madole Equipment Rental & Sales Inc**

**PO Box 11074**

**College Station**          **TX**      **77842**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,665.68**

---

Debtor   **Palasota Contracting, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.62 | Nonpriority creditor's name and mailing address |
|---|---|

Marcotte

100 Landsdowne St, Ste 205

Saint-Bruno, Quebec

J3V 0B3 Canada

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods & Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,650.00**

---

| 3.63 | Nonpriority creditor's name and mailing address |
|---|---|

Martin Asphalt

Three Riverway Ste 1250

Houston                TX      77056

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods & Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,747.50**

---

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

Martin Marietta

5100 S US Highway 287

Corsicana              TX      75109

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods & Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$17,840.00**

---

| 3.65 | Nonpriority creditor's name and mailing address |
|---|---|

Mine Service Inc

PO Box 32

Rockdale               TX      76567

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods & Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,461.03**

---

Debtor **Palasota Contracting, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.66 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Unknown**

Mitchell, Lisa

c/o Roger Sullivan

Brann Sullivan Trial Lawyers

602 Sawyer, Ste 700

Houston                    TX      77007

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Lawsuit**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Mitchell v Palasota Contracting et al

---

| 3.67 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$9,057.31**

NAPA Auto Parts College Station

402 University Dr E

☐ Contingent
☐ Unliquidated
☐ Disputed

College Station            TX      77840

**Basis for the claim:**

**Goods & Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,244.88**

Northern Scale

PO Box 803

☐ Contingent
☐ Unliquidated
☐ Disputed

Conroe                     TX      77305

**Basis for the claim:**

**Goods & Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$4,336.24**

Nueces Power Equipment

7510 IH 37

☐ Contingent
☐ Unliquidated
☐ Disputed

Corpus Christi             TX      78409

**Basis for the claim:**

**Goods & Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Palasota Contracting, LLC**                          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$900.00** |
|---|---|---|---|

**P Squared Transport**

**PO Box 3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Kurten**          TX     77862

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | | **$9,800.00** |
|---|---|---|---|

**Piletere & Associates PC**

**10701 Corporate Dr, #176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Stafford**          TX     77477-1096

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | | **$23,276.18** |
|---|---|---|---|

**Pioneer Steel & Pipe Co Inc**

**9401 East State Hwy 21**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Bryan**          TX     77808

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | | **$39,750.00** |
|---|---|---|---|

**PSX**

**708 Terminal Way**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Kennett Square**          PA     19348

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   **Palasota Contracting, LLC**                                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.74**   Nonpriority creditor's name and mailing address

**PT USA LP**

**14025 West Rd, Ste 201**

_____

**Houston**          **TX**      **77041**

Date or dates debt was incurred      _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,547.03**

---

**3.75**   Nonpriority creditor's name and mailing address

**Purvis Industries**

**10500 Stemmons Fwy**

_____

**Dallast**          **TX**      **75220**

Date or dates debt was incurred      _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,206.27**

---

**3.76**   Nonpriority creditor's name and mailing address

**Ray's Crane Service**

**3848 Hwy 77 North**

_____

**La Grange**          **TX**      **78945**

Date or dates debt was incurred      _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$47,100.00**

---

**3.77**   Nonpriority creditor's name and mailing address

**Redtail Equipment Rental**

**3101 Longmire Dr**

_____

**College Station**          **TX**      **77845**

Date or dates debt was incurred      _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,598.06**

---

Debtor      **Palasota Contracting, LLC**                              Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.78 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$17,250.00

**Ridout Barrett & Co PC**

**922 Isom Rd, Ste 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**San Antonio**              **TX**      **78216**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred         _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$18,178.00

**Rinker Materials**

**6560 Langfield Bldg 3**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Houston**                    **TX**      **77029**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred         _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$14,543.61

**Robinson Pipe & Supply Inc**

**915 McCarty St**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Houston**                    **TX**      **77058**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred         _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$7,275.00

**Rock Solid Precase LP**

**11393 Sleepy Hollow Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Conroe**                     **TX**      **77385**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred         _____

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **Palasota Contracting, LLC**                              Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.82 | Nonpriority creditor's name and mailing address |

**Rocking G Dump Trucking Inc**

**Jose G Galvan**

**509 N Washington Ave**

**Bryan**                TX        **71803**

Date or dates debt was incurred        _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$19,925.00**

---

| 3.83 | Nonpriority creditor's name and mailing address |

**Romco Equipment Co**

**1519 W Belt Line Rd**

**Carrollton**           TX        **75006**

Date or dates debt was incurred        _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$8,417.97**

---

| 3.84 | Nonpriority creditor's name and mailing address |

**Scarborough Trlica & Wood LLC**

**11612 FM 2244 Bldg 1**

**Ste 260**

**Austin**               TX        **78738**

Date or dates debt was incurred        _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$18,850.00**

---

| 3.85 | Nonpriority creditor's name and mailing address |

**Scott Powerline & Utility Equipment LLC**

**3018 Harvester Dr**

**Monroe**               LA        **71201**

Date or dates debt was incurred        _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$539.37**

---

Debtor   **Palasota Contracting, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.86**   Nonpriority creditor's name and mailing address

SITECH Southeast Texas

4805 Green Rd, #110

_____

Raleigh                    NC      27616

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$15,558.59**

---

**3.87**   Nonpriority creditor's name and mailing address

Smith Pump Company Inc

301 MB Industrial Blvd

_____

Waco                       TX      76712

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$40,425.00**

---

**3.88**   Nonpriority creditor's name and mailing address

Southern Tire Mart

Dept 143

800 Highway 98

Columbia                   MS      39429

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$30,475.99**

---

**3.89**   Nonpriority creditor's name and mailing address

Specialized Maintenance Services Inc

4533 Pasadena Blvd

_____

Pasadena                   TX      77503-3545

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$12,437.50**

---

Debtor     **Palasota Contracting, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.90** | **Nonpriority creditor's name and mailing address**

**State of Texas (TCEQ)**

**c/o Jake Marx, Asst AG**

**Ofc of Attorney General-Env Protec**

**PO Box 12548, MC-066**

**Austin**                              **TX**      **78711**

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**State of Texas v Palasota Contracting Inc et al**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Lawsuit**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,000,000.00**

---

**3.91** | **Nonpriority creditor's name and mailing address**

**Stephen R Hollas PC**

**405 Technology Pkwy Bldg C**

**College Station**                     **TX**      **77845**

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$13,375.95**

---

**3.92** | **Nonpriority creditor's name and mailing address**

**Stephens MFG Co Inc**

**PO Box 488**

**Tompkinsville**                       **KY**      **42167**

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$11,911.31**

---

**3.93** | **Nonpriority creditor's name and mailing address**

**Sun Coast Resources Inc**

**6405 Cavalcade St, Bldg 1**

**Houston**                             **TX**      **77026**

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☒ No
☐ Yes

**$85,965.88**

---

Debtor    **Palasota Contracting, LLC**                              Case number (if known) _____

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.94** Nonpriority creditor's name and mailing address

**Sunbelt Rentals**

**4458 Genoa Red Bluff Rd**

_____

Houston                    TX        77505

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$766.38**

---

**3.95** Nonpriority creditor's name and mailing address

**TBS Factoring Service LLC**

**PO Box 248920**

_____

Oklahoma City              OK        73124-8920

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$87,187.43**

---

**3.96** Nonpriority creditor's name and mailing address

**Teksys Net**

**1742 N Earl Rudder Fwy**

_____

Bryan                      TX        77808

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,056.10**

---

**3.97** Nonpriority creditor's name and mailing address

**Texas Fleet Outfitters**

**2770 Osborn Ln**

_____

Bryan                      TX        77803

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,638.55**

---

Debtor    **Palasota Contracting, LLC**                     Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.98** Nonpriority creditor's name and mailing address

Texas Landscape Creations

12915 SH 30

College Station        TX     77845

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$30,360.68**

---

**3.99** Nonpriority creditor's name and mailing address

Texas Lime Company

PO Box 851

Cleburne           TX     76033-0851

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$35,974.09**

---

**3.100** Nonpriority creditor's name and mailing address

TGR Logistics

13990 Fir Street

Oregon City         OR     97045

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$6,754.79**

---

**3.101** Nonpriority creditor's name and mailing address

Time Insurance

1405 East Riverside Dr

Austin           TX     78741

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods & Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$20,081.29**

---

Debtor   **Palasota Contracting, LLC**                                   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,081.29** |

*Check all that apply.*

**Travis Materials Group LTD**

**2016 FM 969**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Elgin**               **TX**     **78621**          **Goods & Services**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __        ☑ No
                                                     ☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,344.94** |

*Check all that apply.*

**Twin Oaks Landfill**

**2690 SH 30**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Anderson**            **TX**     **77830**          **Goods & Services**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __        ☑ No
                                                     ☐ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,100.00** |

*Check all that apply.*

**Underground Magnetics Inc**

**5501 NW Beaver Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Johnston**            **IA**     **50131**          **Goods & Services**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __        ☑ No
                                                     ☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$30,027.23** |

*Check all that apply.*

**United Rentals**

**955 S Trade Center Pkwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Conroe**              **TX**     **77385**          **Goods & Services**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __        ☑ No
                                                     ☐ Yes

Debtor    **Palasota Contracting, LLC**                                     Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.106 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$4,943.75**

**Vermeer**

**21300 Northwest Freeway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cypress**                    **TX**        **77429**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$8,964.00**

**Vortex**

**7800 Autoroute**

**Transcanadienne Pointe-CI**

**Quebec, Canada H9R 1C6**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$12,061.00**

**W2 Services LLC**

**8420 St Hwy 21 E**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Caldwell**                   **TX**        **77836**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$7,591.40**

**Wallace Controls & Electric Inc**

**PO Box 31**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Meridian**                   **TX**        **76671**

**Basis for the claim:**
**Goods & Services**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor   **Palasota Contracting, LLC**   _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.110 | Nonpriority creditor's name and mailing address |
|---|---|

**Wastebuillt**

**560 Territorial Dr**

_____

**Bolingbrook**          IL       **60440-4814**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __   __ __   __ __   __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods & Services**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$703.87**

---

| 3.111 | Nonpriority creditor's name and mailing address |
|---|---|

**White Rock Excavation**

**c/o Jeffrey J Tompkins**

**Atty at Law**

**1714 Target Court**

**Houston**          TX       **77043**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __   __ __   __ __   __ __

**Subcontract - Dirt Sales Agreement**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
**Goods & Services**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$66,000.00**

---

Debtor    **Palasota Contracting, LLC**                                    Case number (if known) _____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Brent Watkins<br>Skelton Slusher et al<br>1616 S Chestnut<br><br>Lufkin            TX      75901 | Line   **3.43**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.2 | BVS Construction Inc<br>7116 Raymond Stotzer Pkwy<br><br>College Station       TX      77845 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.3 | CLM Equipment Company<br>3136 Hwy 90 E<br><br>Broussard         LA      70518 | Line   **3.32**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.4 | Developers Surety & Indemnity Co<br>800 Superior Ave E<br>21st Fl<br><br>Cleveland          OH      44114 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.5 | Frankenmuth Mutual Insurance Company<br>Kathleen Maloney, Director Surety Claims<br>701 US Route One<br>Suite 1<br>Yarmouth          ME      04096 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.6 | Frankenmuth Mutual Insurance Company<br>David T Satine, Registered Agent<br>100 Commons Road, Ste 178<br><br>Dripping Springs      TX      78620 | Line   **3.22**<br><br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor   **Palasota Contracting, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.7**   **Hanover Financial**

**5633 West Highway 13**

Line _____

☑ Not listed.  Explain:
   **Goods & Services**

**Savage**           **MN**   **55378**

**Paid in Full**

__ __ __ __


**4.8**   **John Pucin**

**Pucin & Friedland**

**935 National Parkway, Ste 40**

Line **3.64**

☐ Not listed.  Explain:

**Schaumburg**           **IL**   **60173**

__ __ __ __


**4.9**   **Kent Lisenby**

**The Lisenby Law Firm PC**

**9111 Cypress Waters Blvd, Ste 350**

Line **3.7**

☐ Not listed.  Explain:

**Coppell**           **TX**   **75019**

__ __ __ __


**4.10**   **Lessner, Richard**

**REO Holdings**

**34 Creek Bridge Way**

Line _____

☑ Not listed.  Explain:
   **Goods & Services**

**Watersound**           **FL**   **32461**

**Paid in Full**

__ __ __ __


**4.11**   **Matias Eduardo Garcia**

**Barnett & Garcia**

**3821 Juniper Trace, Ste 108**

Line **3.48**

☐ Not listed.  Explain:

**Austin**           **TX**   **78738**

__ __ __ __


**4.12**   **Merchants Bonding Company**

**PO Box 3889**

Line **3.25**

☐ Not listed.  Explain:

**Bryan**           **TX**   **77805**

__ __ __ __

Debtor    **Palasota Contracting, LLC**                                    Case number (if known) _____

---

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.13**   United Fire & Casualty Co.

c/o David Saline, Registered Agent

100 Commons Road, Ste 178

Dripping Springs          TX     78620

Line   **3.23**

☐ Not listed.  Explain:

___ ___ ___ ___

**4.14**   United Fire & Casualty Co.

c/o David Saline, Registered Agent

100 Commons Road, Ste 178

Dripping Springs          TX     78620

Line   **3.21**

☐ Not listed.  Explain:

___ ___ ___ ___

**4.15**   United Fire Group

Frank Davis, Assoc Surety Claims Rep

118 Second Ave, SE

Cedar Rapids             IA     52401

Line   _____

☑ Not listed.  Explain:

**Notice Only**

___ ___ ___ ___

**4.16**   Vericore

10115 Kincey Ave, Ste 100

Huntersville             NC     28078

Line   **3.57**

☐ Not listed.  Explain:

___ ___ ___ ___

Debtor    **Palasota Contracting, LLC**                                    Case number (if known) _____

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

| | | |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.     $141,117.25 |
| 5b. | **Total claims from Part 2** | 5b. **+**     $7,195,120.14 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.     $7,336,237.39 |

**Fill in this information to identify the case:**

Debtor name **Palasota Contracting, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 3407 Tabor Rd.<br>Bryan TX<br>**Contract to be ASSUMED** | Rick Lemons<br>301 Sophia |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | College Station          TX        77845 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | HP DesignJet T2600dr 36 PS MFP Printer.<br>**Property was returned**<br>**Contract to be REJECTED** | ubeo Business Services<br>4700 Elmo Weeden Rd<br>#101 and #102 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | College Station          TX        77845 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Ricoh C6004 - this property was returned.<br>Ricoh IM C300F - retained.<br>**Contract to be ASSUMED** | ubeo Business Services<br>4700 Elmo Weeden Rd<br>#101 and #102 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | College Station          TX        77845 |

**Fill in this information to identify the case:**

Debtor name **Palasota Contracting, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.1** BVS Construction | **7116 Raymond Stotzer**<br>Number     Street<br><br>**College Station     TX   77845**<br>City              State   ZIP Code | **Ash Grove Cement Company** | ☐ D<br>☑ E/F<br>☐ G |
| **2.2** Frankenmuth Mutual Insurance Company | **100 Commons Road Ste 178**<br>Number     Street<br><br>**Dripping Springs     TX   78620**<br>City              State   ZIP Code | BVS Construction Inc | ☐ D<br>☑ E/F<br>☐ G |
| **2.3** Ricky Palasota Jr. | **PO Box 5409**<br>Number     Street<br><br>**Bryan     TX   77805**<br>City              State   ZIP Code | **Ash Grove Cement Company** | ☐ D<br>☑ E/F<br>☐ G |
| **2.4** Ricky Palasota, Jr. | **PO Box 5409**<br>Number     Street<br><br>**Bryan     TX   77805**<br>City              State   ZIP Code | **Rick Lemons** | ☐ D<br>☐ E/F<br>☑ G |

Debtor      **Palasota Contracting, LLC**                          Case number (if known) _____

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |

**Name** | **Mailing address** | **Name** | *Check all schedules that apply:*

**2.5**  **Ricky Palasota, Jr.**

**PO Box 5409**
Number      Street

**Bryan**                    **TX**   **77805**
City                         State   ZIP Code

**Gregory, Lisa**

☐ D
☑ E/F
☐ G

**2.6**  **Ricky Pallasota Jr**

**PO Box 5409**
Number      Street

**Bryan**                    **TX**   **77805**
City                         State   ZIP Code

**CLM Equipment Company**

☐ D
☑ E/F
☐ G

**2.7**  **United Fire & Casualty**

**100 Commons Road, Ste 178**
Number      Street

**Dripping Springs, TX  78620**

City                         State   ZIP Code

**BVS Construction Inc**

☐ D
☑ E/F
☐ G

**2.8**  **United Fire & Casualty Company**

**100 Commons Road, Ste 178**
Number      Street

**Dripping Springs, TX  78620**

City                         State   ZIP Code

**BVS Construction Inc**

☐ D
☑ E/F
☐ G

**Fill in this information to identify the case:**

Debtor Name **Palasota Contracting, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B...........................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.......................................................................

   | $13,698,584.58 |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.........................................................................

   | $13,698,584.58 |

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.....................

   | $3,307,784.10 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F....................................

   | $141,117.25 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F...........................

   + | $7,195,120.14 |

4. **Total liabilities**
   Lines 2 + 3a + 3b...................................................................................

   | $10,644,021.49 |