**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **PALASOTA CONTRACTING, LLC** | § | **CASE NO. 23-31447-H5-11** |
| **DEBTOR** | § | **(Chapter 11)** |

**NOTICE OF FILING OF REDLINED AMENDED PLAN OF
REORGANIZATION OF PALASOTA CONTRACTING, LLC**

Attached hereto as **Exhibit A** is a redline of the *Amended Chapter 11 Plan of Reorganization of Palasota Contracting, LLC* filed at Docket No. 145.  The redline reflects the changes made to the *Chapter 11 Plan of Reorganization* which appears at Docket No. 105.

DATED: October 3, 2023

Respectfully submitted,

**WALDRON & SCHNEIDER, PLLC**

/s/ Kimberly A. Bartley
Kimberly A. Bartley
SBN 24032114
15150 Middlebrook Drive
Houston, Texas 77058
Tel: 281-488-4438
Fax: 281-488-4597
kbartley@ws-law.com
COUNSEL FOR THE DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2023, a copy of the foregoing *Notice Of Filing Of Redlined Amended Plan Of Reorganization* was served by the Court's ECF notification system on all parties entitled to electronic notice.

*/s/ Kimberly A. Bartley*
Kimberly A. Bartley