United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-31447 |
| **PALASOTA CONTRACTING, LLC,** § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

**ORDER**
**STRIKING PLEADING**
*Resolving ECF No. 226*

The Debtor's Motion to Correct Typographical Error in Confirmation Order[1] is hereby **STRUCK** from the record for failure to contain BLR 9013-1(b) notice language.

SIGNED March 25, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 226.