**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| PALASOTA CONTRACTING, LLC | § | CASE NO. 23-31447-H5-11 |
| DEBTOR | § | (Chapter 11) |

**MOTION TO CORRECT TYPOGRAPHICAL**
**ERROR IN CONFIRMATION ORDER (Docket 217)**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

COMES NOW, **Palasota Contracting, LLC** ("Debtor"), who files this Motion to Correct Typographical Error in Confirmation Order ("Motion") and in support thereof, would respectfully show as follows:

1. On March 14, 2024, the Debtor filed its Seventh Amended Plan (Docket 215) and a proposed Confirmation Order (Docket 217).

2. On March 14, 2024, this Court held a hearing during which the Debtor's Seventh Amended Chapter 11 Plan was confirmed. All evidence and testimony provided at the hearing was offered in support of the Seventh Amended Plan.

3. The Confirmation Order filed by the Debtor at Docket 217, which was subsequently entered by this Court at Docket 219 contains a typographical error in the numerical identification

of the correct Plan that was approved.

4. The Confirmation Order incorrectly notes a "First" Amended Plan when, in fact, the actual Plan confirmed by the Court is the "Seventh" Amended Plan.

5. The Debtor files this Motion to correct the typographical error. A red-lined copy of a correct Confirmation Order is attached as *Exhibit "1"*. There are no other proposed changes or revisions to the corrected Order. The correction requested to correctly identify the proper Plan being confirmed.

WHEREFORE, PREMISES CONSIDERED, Palasota Contracting, LLC respectfully moves this Court to enter a Corrected Order Confirming Plan of Reorganization.

Respectfully submitted,

**WALDRON & SCHNEIDER, PLLC**

*/s/ Kimberly A. Bartley*
Kimberly A. Bartley
SBN 24032114
kbartley@ws-law.com
15150 Middlebrook Drive
Houston, Texas 77058
Tel: 281-488-4438
Fax: 281-488-4597
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Correcting Oder Confirming Plan* was served upon all parties entitled to service and requesting notice via the Court's ECF system, electronic mail on the 27th day of March 2023.

*/s/ Kimberly A. Bartley*
Kimberly A. Bartley