IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| PALASOTA CONTRACTING, LLC | § | CASE NO. 23-31447-H5-11 |
| DEBTOR | § | (Chapter 11) |

**MOTION FOR EXTENSION OF DEADLINES
IN POST-CONFIRMATION ORDER**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

To: The Honorable Eduardo Rodriguez,
Chief United States Bankruptcy Judge:

COMES NOW Palasota Contracting, LLC ("Debtor" or "Applicant") and files this *Motion For Extension of Deadlines in Post-Confirmation Order* ("Motion") and, in support thereof, would respectfully show as follows:

1. On March 14, 2024, the Debtor filed its Seventh Amended Plan (Docket 215) and a proposed Confirmation Order (Docket 217).

2. On March 14, 2024, this Court held a hearing during which the Debtor's Seventh Amended Chapter 11 Plan was confirmed. On March 14, 2024, this Court entered its Order Confirming the Seventh Amended Plan (Docket 217).

3. Subsequent to the Confirmation Hearing, this Court entered an Order-Post

Confirmation (Docket 220) ("Order") which sets March 28, 2024 as the deadline to file all final fee applications for professionals retained in the case, any outstanding Monthly Operating Reports ("MORs"), pay all outstanding US Trustee Quarterly Fees, and the filing of the Motion For Final Decree.

4. The Debtor's counsel has filed its final fee application as required by the Order.

5. The Debtor's accountant, Peggy Piletere, is currently preparing the outstanding MORs for December, January, February, as well as the one due for March 1-14, 2024. Ms. Piletere maintains a regular accounting practice and has both corporate and individual clients who are required to file tax returns during the March – April tax season. Ms. Piletere is working diligently to finalize the MORs required and complete her fee application, but is unable to complete all of the required reports prior to the March 28, 2024, deadline set forth in the Order.

6. Without Ms. Pilete's assistance, the Debtor will be unable to comply with the Court's Order. The Debtor seeks to extend the March 28, 2024, deadline to April 30, 2024, to allow Ms. Piletere sufficient time to complete the reports, assist the Debtor in determining the total amount of disbursements made during the relevant time period, calculate the total US Trustee Quarterly Fees owed, and file her final fee application.

7. Upon the filing of the required MORs and professional fee application for Ms. Piletere and payment of the US Trustee Quarterly Fees, and the Debtor intends to file a Motion for Entry of Final Decree.

WHEREFORE, PREMISES CONSIDERED, the Palasota Contracting LLC requests this Court enter its Order extending the deadline for the filing of all Monthly Operating Reports, payment of US Trustee Quarterly Fees, and the filing of a Motion for Entry of Final Decree to April 30, 2024, and for all other relief to which it may be entitled.

Respectfully submitted,

**WALDRON & SCHNEIDER, PLLC**

/s/ Kimberly A. Bartley
Kimberly A. Bartley
15150 Middlebrook Drive
Houston, Texas 77058
Tel: 281-488-4438
Fax: 281-488-4597
kbartley@ws-law.com
COUNSEL FOR DEBTOR

## CERTIFICATE OF CONFERENCE

I hereby certify that, on March 27, 2024, I conferred with Ross C. Travis, attorney with the US Trustee's Office, via electronic mail regarding the Motion. Mr. Travis advised he is not opposed to the relief sought.

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the Motion For Extension of Deadlines in Post-Confirmation Order was served upon the attached service list via the Court's ecf system and via First Class Mail, postage prepaid on March 27, 2024.

/s/ Kimberly A. Bartley
Kimberly A. Bartley

st
Case No, 23-31447-H5-11
In Re Palasota Contracting, LLC

**DEBTOR'S ATTORNEY**
Kimberly A Bartley
Waldron & Schneider, PLLC
15150 Middlebrook Dr.
Houston, TX  77058
[via ecf]

**US TRUSTEE**
C. Ross Travis
Office of the U.S. Trustee
515 Rusk Street, Ste. 3516
Houston, Texas 77002
[via ecf]

## ALL CREDITORS

A& A Transportation LLC
6445 Fm 1463 Rd, Ste 160-258
Katy, TX 77494

Andrews Myers PC
Attn Kimberly Spaeth
1885 St James Place
Houston, TX 77056

Badger Daylighting Corp
701 South Carson Ste 200
Carson City, NV 89701

AAR Incorporated
925 US 183 N Ste B
Liberty Hill, TX 78642

Applied Energy Company
1205 Venture Ct, Ste 100
Carrolton, TX 75006
[ret to send undeliverable]

Bobcat of Houston
18340 Northwest Freeway
Houston, TX 77065

ACT Pipe & Supply, Inc
480 Stone City Dr
Bryan, TX 77803
[via ecf - NOA]

Area Wide Protective
511 Compton Ave
Irving, TX 75061

Brazos County
c/o Julie Parsons
McCreary Veselka at al
PO Box 1269
Round Rock, TX 78680-1269 [via ecf-Ntc]

All Seasons Hydroseeding
PO Box 1749
Navasota, TX 77868

ASAP Equipment
730 Peach Creek Cut Off
College Station, TX 77845

Brent Watkins
Skelton Slusher et al
1616 S Chestnut
Lufkin, TX 75901

Allegiance Bank
Heights Banking Office
2222 North Durham
Houston, TX 77008
[via ecf-NOA]

Ash Grove Cement Company
c/o William L. Siegel
Cowles & Thompson PC
901 Main Street, Ste 3900
Dallas, TX 75202 [via ecf-NOA]

Bryan Hose & Gasket
1800 Quality Park Lane
Bryan, TX 77803

Alliance Solutions Group, LLC
PO Box 25188
Sarasota, FL 34277

AST Storage LLC
1082 E Monroe Ave
Jay, OK 74346

BVS Construction
7116 Raymond Stotzer
College Station, TX 77845
[via ecf-NOA]

Ally Financial
PO Box 8102
Cockeysville, MD 21030
[via ecf - NOA]

AT&T
Southwestern Bell Telephone
1010 Pine 6W-P-02
St. Louis, MO 63101

BVS Construction Inc
c/o Jack W Dillard
The Dillard Law Firm
PO Box 5450
Bryan, TX 77805

Alter Surety Group, LLC
5979 N W 151st St, Ste 202
Miami Lakes, FL 77306

AWP Inc
c/o James Williams
Kruglak Wilkins et al
4775 Munson St NW
Canton, OH 44735

BVWS
1359 Harvey Mitchell Pkwy
Bryan, TX 77803

| | | |
|---|---|---|
| AmeriTex Pipe & Products LLC<br>8489 Waukegan Rd<br>Conroe, TX 77306 | B.C. Materials, LLC<br>PO Box 249<br>Hewitt, TX 76643<br>[ NOA] | Capital Precast LLC<br>6905 S. Old Bastrop Hwy<br>San Marcos, TX 78666 |
| Anderson & Cunningham<br>Four Houston Center<br>1221 Lamar, Ste 1115<br>Houston, TX 77010 | Badger Daylighting Corp<br>c/o Jon Totz<br>Totz Ellison & Totz PC<br>2211 Norfolk, Ste 510<br>Houston, TX 77098 | Capitol Bearing Service<br>1830 West State Hwy 21<br>Bryan, TX 77803 |
| CCG Commercial Credit Group<br>2135 City Gate Lane, Ste 440<br>Napersville, IL 60536<br>[via ecf] | Curb Planet Inc<br>4918 Oak Ave<br>Pasadena, TX 77506 | Energy Access Solutions LLC<br>4234 Boonville Rd, Ste 300<br>Bryan, TX 77802 |
| Cemex<br>10100 Katy Frwy, Ste 300<br>Houston, TX 77043 | Custom Fabricators & Repairs Inc<br>1379 N Harvey Mitchell Pkwy<br>Bryan, TX 77803-2064 | Ergos MSP Capital Partners<br>6110 Clarkson Ln<br>Houston, TX 77055 |
| Chevron<br>c/o Greenberg Grant Richards<br>5858 Westheimer Rd, Floor 5<br>Houston, TX 77057 | D Wellmann Trucking LLC<br>10539 Hwy 105<br>Brenham, TX 77833 | Eric A Liepins PC<br>12770 Coit Rd, Ste 850<br>Dallas, TX 75251 |
| CityLynx Inc<br>14041 West Road, Ste 200<br>Houston, TX 77041 | Developers Surety & Indemnity<br>800 Superior Ave E<br>21st Fl<br>Cleveland, OH 44114<br>[via ecf - NOA] | Everest National Insurance<br>c/o Lamont Hanley & Assoc Inc<br>1138 Elm Street<br>PO Box 179<br>Manchester NH 03105-0179 |
| CLM Equipment Company<br>c/o Bill Richey<br>Griffin & Matthews<br>400 Neches at Crockett<br>Beaumont, TX 77701 | Dowling Electric Inc<br>6955 Coyote Run<br>Bryan, TX 77808 | Evolution Construction LP<br>PO Box 7103<br>Bryan, TX 77805 |
| CLM Equipment Company<br>3136 Hwy 90 E<br>Broussard, LA 70518 | Drake Environmental LLC<br>750 William D Fitch Pkwy<br>Ste 440<br>College Station, TX 77845 | Ferguson Waterworks<br>14630 Almeda School Rd<br>Houston, TX 77047 |
| CMC Construction Services<br>10650 State Highway 30<br>College Station, TX 77845 | Dudley Engineering<br>6102 Imperial Loop Dr<br>College Station, TX 77845 | Frankenmuth Mutual Ins Co<br>Kathleen Maloney, Director<br>Surety Claims<br>701 US Route One, Ste 1<br>Yarmouth, ME 04096 |
| Connors Construction Inc<br>2513 US Hwy 77<br>Lott, TX 76656-3595 | Elliott Electrical Supply<br>PO Box 630610<br>Nacogdoches, TX 75963 | Frankenmuth Mutual Insurance Co<br>David T Satine, Reg Agt<br>100 Commons Road, Ste 178<br>Dripping Springs, TX 78620 |

| | | |
|---|---|---|
| Contech Engineered Solutions<br>9100 Centre Pointe Dr Ste 400<br>West Chester, OH 45140<br>[via ecf-NOA] | Elms Law<br>2701 Treble Creek<br>San Antonio, TX 78258 | Crum & Forester<br>c/o Caitlin R Convery<br>Shook Hardy & Bacon LLP<br>PO Box 843223<br>Kansas, City, MO 64174-3223 |
| Encore Bank<br>Specialty Finance<br>1225 S Main, Ste 101<br>Grapevine, TX 76051<br>[via ecf-NOA] | Gandy, Robert Lee<br>c/o Padon D Holt<br>Holt & Hutchinson PLLC<br>100 N Parker Ave, Ste 112<br>Bryan, TX 77803 [via ecf-NOA] | Gessner Engineering<br>401 W 26th St #3<br>Bryan, TX 77803 |
| John Pucin<br>Pucin & Friedland<br>935 National Parkway, Ste 40<br>Schaumburg, IL 60173 | Martin Marietta<br>5100 S US Highway 287<br>Corsicana, TX 75109 | GM Financial<br>PO Box 1510<br>Cockeysville, MD 21030<br>[via ecf-NOA] |
| Kent Lisenby<br>The Lisenby Law Firm PC<br>9111 Cypress Waters Blvd, Ste 350<br>Coppell, TX 75019 | Matias Eduardo Garcia<br>Barnett & Garcia<br>3821 Juniper Trace, Ste 108<br>Austin, TX 78738 | Gregory, Lisa<br>c/o T Ernest Freeman<br>The Freeman Law Firm<br>1770 St James Place, Ste 120<br>Houston, TX 77056 [via ecf-NOA] |
| Kirby-Smith Machinery, Inc.<br>c/o Mark Bagnall<br>Hicks Law Group<br>325 N St Paul St, Ste 4400<br>Dallas, TX 75201 | Merchants Bonding Company<br>PO Box 3889<br>Bryan, TX 77805 | Gulf Coast-Texas Materials<br>1320 Arrow Point Dr, Ste 600<br>Cedar Park, TX 78613 |
| KSM Exchange LLC<br>PO Box 270300<br>Oklahoma, OK 73137 | Mine Service Inc<br>PO Box 32<br>Rockdale, TX 76567 | H&E Equipment Services<br>740 N Harvey Mitchell Pkwy<br>Bryan, TX 77807 |
| Kubota Credit Corp<br>PO Box 0559<br>Carol Stream, IL 60132-0559 | Mitchell, Lisa<br>c/o Roger Sullivan<br>Brann Sullivan Trial Lawyers<br>602 Sawyer, Ste 700<br>Houston, TX 77007 | H&O Trucking<br>PO Box 9544<br>College Station, TX 77842 |
| Lessner, Richard<br>REO Holdings<br>34 Creek Bridge Way<br>Watersound, FL 32461 | NAPA Auto Parts College Station<br>402 University Dr E<br>College Station, TX 77840<br>[ret to send undeliverable] | Hanover Financial<br>5633 West Highway 13<br>Savage, MN 55378<br>[ret to send - no number - undeliverable] |
| Maciel Services<br>1229 Walter Banks Rd<br>Bryan, TX 77807 | Northern Scale<br>PO Box 803<br>Conroe, TX 77305 | Honda Financial Services<br>PO Box 1844<br>Alpharetta, GA 30023 |
| Madole Equipment Rental & Sales Inc<br>PO Box 11074<br>College Station, TX 77842 | Nueces Power Equipment<br>7510 IH 37<br>Corpus Christi, TX 78409 | Honey Bucket<br>174 S Guadalupe St, Ste 203<br>San Marcos, TX 78666 |

| | | |
|---|---|---|
| Marcotte<br>100 Landsdowne St, Ste 205<br>Saint-Bruno, Quebec<br>J3V 0B3 Canada | P Squared Transport<br>PO Box 3<br>Kurten, TX 77862 | Interstate Billing Service<br>2114 Veterans Drive SE<br>Decatur, AL 35609 |
| Martin Asphalt<br>Three Riverway Ste 1250<br>Houston, TX 77056 | Palasota, Ricky and Brandy<br>PO Box 5409<br>Bryan, TX 77805<br>[via ecf - NOA] | Simmons Bank<br>TX Grapevine Hall Johnson<br>2050 Hall Johnson Rd<br>Grapevine, TX 76051<br>[via ecf] |
| Piletere & Associates PC<br>10701 Corporate Dr, #176<br>Stafford, TX 77477-1096 | SITECH Southeast Texas<br>4805 Green Rd, #110<br>Raleigh, NC 27616 | Pioneer Steel & Pipe Co Inc<br>9401 East State Hwy 21<br>Bryan, TX 77808 |
| Ridout Barrett & Co PC<br>922 Isom Rd, Ste 100<br>San Antonio, TX 78216 | Smith Pump Company Inc<br>301 MB Industrial Blvd<br>Waco, TX 76712<br>[via ecf-NOA] | PSX<br>708 Terminal Way<br>Kennett Square, PA 19348 |
| Rinker Materials<br>6560 Langfield Bldg 3<br>Houston, TX 77029 | Southern Tire Mart<br>Dept 143<br>800 Highway 98<br>Columbia, MS 39429 | PT USA LP<br>14025 West Rd, Ste 201<br>Houston, TX 77041<br>[ret to send undeliverable] |
| Robinson Pipe & Supply Inc<br>915 McCarty St<br>Houston, TX 77058 | Specialized Maintenance<br>Services Inc<br>4533 Pasadena Blvd<br>Pasadena, TX 77503-3545 | Purvis Industries<br>10500 Stemmons Fwy<br>Dallas, TX 75220 |
| Rock Solid Precase LP<br>11393 Sleepy Hollow Rd<br>Conroe, TX 77385 | State of Texas (TCEQ)<br>c/o Jake Marx, Asst AG, Abigail Ryan<br>Ofc of AG-Env Protec<br>PO Box 12548, MC-066<br>Austin, TX 78711  [via ecf-NOA] | Ray's Crane Service<br>3848 Hwy 77 North<br>La Grange, TX 78945 |
| Rocking G Dump Trucking Inc<br>**c/o Argo Partners**<br>**12 West 37th St, 9th Fl**<br>**New York, NY  10018** | Stephen R Hollas PC<br>405 Technology Pkwy Bldg C<br>College Station, TX 77845 | Redtail Equipment Rental<br>3101 Longmire Dr<br>College Station, TX 77845 |
| Romco Equipment Co<br>1519 W Belt Line Rd<br>Carrollton, TX 75006 | Stephens MFG Co Inc<br>PO Box 488<br>Tompkinsville, KY 42167 | Rick Lemons<br>301 Sophia<br>College Station, TX 77845 |
| Scarborough Trlica & Wood LLC<br>11612 FM 2244 Bldg 1<br>Ste 260<br>Austin, TX 78738 | Sun Coast Resources Inc<br>6405 Cavallcade St, Bldg 1<br>Houston, TX 77026<br>[via ecf-NOA] | Scott Powerline & Utility<br>Equipment LLC<br>3018 Harvester Dr<br>Monroe, LA 71201 |

| | | |
|---|---|---|
| Sunbelt Rentals<br>4458 Genoa Red Bluff Rd<br>Houston, TX 77505 | TBS Factoring Service LLC<br>PO Box 248920<br>Oklahoma City, OK 73124-8920 | Travis Materials Group LTD<br>2016 FM 969<br>Elgin, TX 78621 |
| Veritex Inc.<br>c/o C2C Resources LLC<br>1455 Lincoln Parkway E<br>Suite 550<br>Atlanta, GA 30346 | Teksys Net<br>1742 N Earl Rudder Fwy<br>Bryan, TX 77808 | Twin Oaks Landfill<br>2690 SH 30<br>Anderson, TX 77830 |
| Vermeer<br>21300 Northwest Freeway<br>Cypress, TX 77429 | Texas Fleet Outfitters<br>2770 Osborn Ln<br>Bryan, TX 77803 | ubeo Business Services<br>4700 Elmo Weeden Rd<br>#101 and #102<br>College Station, TX 77845 |
| Vortex<br>7800 Autoroute<br>Transcanadienne Pointe-Cl<br>Quebec, Canada H9R 1C6 | Texas Landscape Creations<br>12915 SH 30<br>College Station, TX 77845 | Underground Magnetics Inc<br>5501 NW Beaver Dr<br>Johnston, IA 50131 |
| W2 Services LLC<br>8420 St Hwy 21 E<br>Caldwell, TX 77836 | **Texas Lime Company<br>c/o Argo Partners<br>12 West 37th St, 9th Fl<br>New York, NY  10018** | United Fire & Casualty<br>100 Commons Road, Ste 178<br>Dripping Springs, TX 78620<br>c/o David T Satine, RA<br>[via ecf - NOA] |
| Wallace Controls & Electric Inc<br>PO Box 31<br>Meridian, TX 76671 | Texas State Comptroller<br>111 E 17th Street<br>Austin, TX 78774-0100 | Wastebuillt<br>560 Territorial Dr<br>Bolingbrook, IL 60440-4814 |
| Texas Workforce Commission<br>Office of Attorney General -<br>Kimberly Walsh, BK Collect.<br>PO Box 12548 MC-008<br>Austin, TX 78711 [via ecf-NOA] | Wells Fargo Bank<br>Po Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038 | TGR Logistics<br>13990 Fir Street<br>Oregon City, OR 97045 |
| United Fire Group<br>Frank Davis, Assoc Surety<br>Claims Rep<br>118 Second Ave, SE<br>Cedar Rapids, IA 52401 [via ecf-NOA] | White Rock Excavation<br>c/o Jeffrey J Tompkins<br>Atty at Law<br>1714 Target Court<br>Houston, TX 77043  [via ecf-NOA] | Time Insurance<br>1405 East Riverside Dr<br>Austin, TX 78741 |
| United Rentals<br>955 S Trade Center Pkwy<br>Conroe, TX 77385 | Toyota Motor Credit Corp<br>PO Box 22171<br>Tempe, AZ 85285 | Vericore<br>10115 Kincey Ave, Ste 100<br>Huntersville, NC 28078 |

**PARTIES REQUESTING NOTICE**

| | | |
|---|---|---|
| **ACT Pipe & Supply, Inc**<br>c/o Carl Thompson<br>The Law Office of Carl Thompson PC<br>10900 Brittmoore Park Dr, Ste L<br>Houston, TX  77041<br>[via ecf] | **Ash Grove Cement**<br>c/o William Siegel<br>Cowles & Thompson PC<br>901 Main Street, Ste 3900<br>Dallas, TX  75202<br>[via ecf] | **BVS Construction, Est Ricky Palasota Sr,**<br>Elaine Palasota<br>c/o Padon D Holt<br>Holt & Hutchins PLLC<br>100 N Parker Ave, Ste 112<br>Bryan, TX  77803  [via ecf] |
| **Encore Bank**<br>c/o Michael P Menton<br>SettlePou<br>3333 Lee Pkwy, 8th Fl<br>Dallas, TX  75219  [via ecf] | **GM Financial**<br>c/o AmeriCredit Financial Serv<br>PO Box 183853<br>Arlington, TX  76096 | **Sun Coast Resources**<br>c/o Matthew Parish<br>Taunton Snyder & Parish PC<br>777 N Eldridge Pkwy Ste 450<br>Houston, TX  77079 [via ecf] |
| **CCG, Inc.**<br>c/o Patrick Hughes<br>Re'Necia Sherald<br>[via ecf] | **Simmons Bank**<br>c/o Stacy B Loftin<br>[via ecf] | **White Rock Excavation**<br>Thomas F. Jones<br>POB 570783<br>Houston, TX  77257<br>[via ecf] |
| **Madison County**<br>c/o Jeannie Lee Andresen<br>Linebarger Goggan et al<br>POB  3064<br>Houston, TX  77253 [via ecf-NOA] | **Specialized Maintenance**<br>c/o Mr. Alan R. Scheinthal<br>Attorney at Law<br>4623 Southwest Freeway, Ste 720<br>Houston, TX  77027 | **Alliance Bank nka Stellar Bank**<br>c/o John Mayer<br>Ross Banks et al<br>7700 San Felipe, Ste 550<br>Houston, TX  77063 [via ecf] |
| **ALLY Bank**<br>c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK  73118 | **BC Materials, LLC**<br>c/o Austin H. England<br>P.O. Box 249<br>Hewitt, TX 76643 | **Developers Surety & Indemnity Co**<br>c/o Keith Langley<br>Trevor "Max" Langley<br>LANGLEY LLP<br>P.O. Box 94075<br>Southlake, TX 76092  [via ecf] |
| **Smith Pump Company Inc**<br>c/o Blake Rasner<br>Haley & Olson PC<br>100 N. Ritchie Road, Suite 200<br>Waco, Texas 76712<br>[via ecf] | **United Fire & Casualty**<br>c/l Daniel Gonzalez<br>Clark Hill PLC<br>2600 Dallas Pkwy, Ste 600<br>Frisco, TX  75034<br>[via ecf] | **JC Wall**<br>c/o John Jay Rudinger, Baili Rhodes<br>West Webb et al<br>1515 Emerald Plaza<br>College Station, TX  77845<br>[via ecf] |
| Stacy B Loftin<br>Adams, Lynch & Loftin PC<br>3950 Highway 360<br>Grapevine, TX  76051 | **AmeriCredit Financial Services, Inc. d/b/a/ GM Financial**<br>Stephen G Wilcox<br>PO Box 201849<br>Arlington, TX  76006 | **Stellar Bank**<br>c/o Jim D. Hamilton<br>Ross Banks et al<br>7700 San Felipe, Ste 550<br>Houston, TX  77063 [via ecf] |