**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN THE MATTER OF:                                        CASE NO. 23-31447 (evr)

**PALASOTA CONTRACTING, LLC**

         **DEBTOR**                                             **CHAPTER 11**

<u>**NOTICE OF PLAN DEFAULT**</u>

      NOW COMES The County of Brazos, Texas, hereinafter "Brazos", and gives this written notice to the Reorganized Debtor and the Reorganized Debtor's counsel of default under the terms of the confirmed Seventh Amended Plan of Reorganization, hereinafter "the Plan".

      1.      The confirmation order was entered on 03/14/2024 (Docket No. 219) and a corrected confirmation order was entered on 04/18/2024 (Docket No. 235).

      2.      The corrected confirmation order became final on 05/02/2024, fourteen (14) days following entry.

      3.      The Effective Date, defined in Article 2, Definition 2.37 of the Plan, occurred on 05/02/2024, the day on which the Confirmation Order became a Final Order.

      4.      Pursuant to Article 4, Section 4.10 of the Plan, the Reorganized Debtor is to pay Brazos' secured ad valorem Tax Claim, in the amount of $87,836.20 plus certain interest, through an initial down payment of $10,000.00 on the Effective Date plus 19% of each sale of the Encore Bank collateral contemplated under paragraph 4.1.1 of the Plan. The terms of paragraph 4.1.1. were modified such that ENCORE BANK will receive 81% of each such sale. The Debtor is to provide counsel for both ENCORE BANK and Brazos County with a copy of any and all sales or auction report(s) and direct the auctioneer to make all payments owed to ENCORE BANK and Brazos County directly to the respective party until the earlier of the sale of all ENCORE BANK Collateral or the payment in full of the claims held by ENCORE BANK and Brazos County. In

the event the contemplated sale of the ENCORE BANK Collateral is not completed prior to the May 9, 2024 deadline, the Reorganized Debtor shall pay the remaining balance of the Brazos County Claim in minimum monthly installments of $7,250.00 commencing June 1, 2024 and continuing until the Brazos County Claim along with all penalties and interest as payable under the confirmed Plan are fully paid.

5. The Effective Date has passed and the Reorganized Debtor has not paid the required initial $10,000.00 payment to Brazos.  Brazos has received no reports of sales or auctions and is without knowledge as to whether any have occurred since the original confirmation was entered.

6. Article 4, Section 4.10 of the Plan further provides that if the Reorganized Debtor fails to pay any of the amounts due to Brazos under the confirmed Plan, Brazos shall notify Reorganized Debtor's counsel by email at kbarley@ws-law.com  advising of said default and providing the Reorganized Debtor with a period of twenty-one (21) days from the date the email is sent to cure the default.  If the Reorganized Debtor fails to fully cure the noticed default within said twenty-one (21) days, Brazos County, Texas may, without further order of this Court or notice to the Reorganized Debtor, pursue all of its rights and remedies available to it under the Texas Property Tax Code to collect the full amount of all taxes, penalties and interest owed on the defaulted account.  Brazos is today serving counsel of record with the Notice of Plan Default both by email from the undersigned and via the Court's CM/ECF Filing System and mailing same to the Reorganized Debtor at his address of record.

7. The amount required to cure the default is $10,000.00 plus 19% of any sale of the Encore Bank collateral, if any.

Dated: May 6, 2024

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for The County of Brazos, Texas
P. O. Box 1269
Round Rock, Texas 78680-1269
Telephone (512) 323-3241
Fax (512) 323-3205

*/s/ Julie Anne Parsons*
Julie Anne Parsons
State Bar Number 00790358
jparsons@mvbalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, I served the Reorganized Debtor with a true and correct copy of this Notice by First Class U.S. Mail at the address below and that Debtor's counsel, the U.S. Trustee, and all other parties consenting to electronic notice in this case were electronically served through the CM/ECF system. I also served Debtor's counsel by direct email.

**Reorganized Debtor - First Class U.S. Mail**
Palasota Contracting, LLC
3407 Tabor Road
Bryan, TX 77808

**Debtor's Counsel – Electronic:**
Kimberly Anne Bartley
Waldron & Schneider, L.L.P.
15150 Middlebrook Drive
Houston, TX 77058
kbartley@ws-law.com

**United States Trustee - Electronic:**
Christopher Ross Travis
Office of the U. S. Trustee
515 Rusk Avenue, Ste. 3516
Houston, TX 77002
C.Ross.Travis@usdoj.gov
Ustpregion07.au.ecf@usdoj.gov

**Parties in Interest – Electronic:**
Michael P Menton
For Encore Bank
SettlePou
3333 Lee Parkway
Eighth Floor
Dallas, TX 75219
mmenton@settlepou.com

Baili B Rhodes
John Rudinger, Jr.
For J. C. Wall
West Webb Allbritton Gentry PC
1515 Emeral Plaza
College Station, TX 77845
baili.rhodes@westwebblaw.com
jay.rudinger@westwebblaw.com

Carl William Thompson
For ACT Pipe & Supply, Inc.
Law Office of Carl Thompson PC
10900 Brittmoore Park Dr., Ste. L
Houston, TX 77041
carl@thompsonconstructionlaw.com

Patrick Michael Lynch
For Ally Bank
Quilling, Selander, Lownds, Winslett, et al
2100 Bryan Street, Ste 1800
Dallas, TX 75206
plynch@qslwm.com

William L Siegel
Cowles & Thompson PC
901 Main Street
Ste 3900
Dallas, TX 75202
bsiegel@cowlesthompson.com

Austin H England
For BC Materials, LLC
Big Creek Construction, Ltd.
P. O. Box 249
76643
Hewitt, TX 75209-3166
aengland@bigcreekconstruction.com

Padon Holt
For BVS Construction, Elaine Palasota
And The Estate of Ricky J. Palasota, Sr.
Holt & Hutchins, PLLC
100 N Parker Ave, Suite 112
Bryan, TX 77803
padon@holthutchins.com

Patrick L Hughes
Re'Necia Sherald
For Commercial Credit Group, Inc.
Haynes and Boone LLP
1221 McKinney, Suite 4000
Houston, TX 77010-2007
hughesp@haynesboone.com
renecia.sherald@haynesboone.com

Keith Langley
For Developers Surety and Indemnity Co.
Langley LLP
P.O. Box 94075
Southlake, TX 76092
klangley@l-llp.com

Preston T. Towber
For Lisa Gregory
The Towber Law Firm PLLC
1111 Heights Blvd
Houston, TX 77008
preston@towberlaw.com

Thomas Ernest Freeman
For Lisa Gregory
The Freeman Law Firm, P.C.
Attorney at Law
1770 St. James Place, Ste. 120
Houston, TX 77056
ernest@thefreemanlawfirm.com

Jeannie Lee Andresen
For Madison County
Linebarger Goggan Blair & Sampson LLP
PO BOX 3064
Houston, TX 77253-3064
houston_bankruptcy@lgbs.com

Stacy B Loftin
For Simmons Bank
Adams Lynch *et al*
1903 Central Drive, Ste. 400
Bedford, TX 76021
sbl@all-lawfirm.com

John S Mayer
For Stellar Bank
Ross Banks May Cron & Cavin, PC
7700 San Felipe, Ste, 550
Houston, TX 77063
jmayer@rossbanks.com

Matthew S Parish
For Sun Coast Resources, Inc.
TSS
777 N. Eldridge Parkway, Ste 450
Houston, TX 77079
mparish@tsplaw.com

Abigail Rushing Ryan
Sean Thomas Flynn
For TCEQ
Office of the Texas Attorney General
P. O. Box 12548
Austin, TX 78711-2548
aryan@sneedvine.com
sean.flynn@oag.texas.gov

Kimberly A Walsh
For Texas Workforce Commission
Office of the Texas Attorney General
PO Box 12548
Austin, TX 78711
bk-kwalsh@oag.texas.gov

Emory Grissom Allen
For United Fire & Casualty Company
Clark Hill PLC
2600 N Dallas Pkwy, Ste. 600
Frisco, TX 75034
emory.allen@clarkhillstrasburger.com

Thomas Frederick Jones, III
For White Rock Excavation, Inc.
Law Office of Thomas F Jones III
PO Box 570783
Houston, TX 77257-0783
tfjpacer@gmail.com

 */s/ Julie Anne Parsons*
Julie Anne Parsons

3