| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** |

| | |
|---|---|
| | **UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION** |
| Main Case No: **23-31447-H5- 11** | Name of Debtor: **Palasota Contracting, LLC** |
| Adversary No: | Style of Adversary: |
| Witnesses: **Ricky Palasota, Jr.** | |
| | Judge: **Chief Judge Eduardo Rodriguez** |
| | Courtroom Deputy: **Ana Castro** |
| Respondent reserves the right to call any other witness or use any exhibit necessary for impeachment or used by any other party. | Hearing Date: **July 1, 2024** |
| | Hearing Time: **10:00 am** |
| | Party's Name: **Debtor, Palasota Contracting, LLC** |
| | Attorney's Name: **Kimberly A. Bartley** |
| | Attorney's Phone: **281-488-4438** |
| | Nature of Proceeding: **Motion for Entry of Final Decree Retaining Jurisidction** |
| | |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Seventh Amended Chapter 11 Plan of Reorganization of Palasota Contracting, LLC (Docket 215) | | | | |
| 2 | Corrected Order Confirming Plan of Reorganization (Docket 235) | | | | |
| | | | | | |
| | Any pleadings, reports, exhibits, transcripts, or other documents filed in the bankruptcy case. | | | | |
| | Any Exhibits designated by any other parties in interest. | | | | |
| | Any Pleadings, Reports, Exhibits, Transcripts or other documents filed in the Bankruptcy Case # 23-31447 | | | | |
| | Any impeachment or rebuttal Exhibits | | | | |
| | Respondent reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing and/or in compliance with the | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Bankruptcy Local Rules and the Orders of this Court. Respondent further reserves the right to provide any documents that may be amended or supplemented in this Exhibit List to opposing counsel and to this Court as they become available. | | | | | |
| | | | | | |

Respectfully submitted,

**WALDRON & SCHNEIDER, LLP**

/s/ Kimberly A. Bartley
Kimberly A. Bartley
State Bar No. 24032114
kbartley@ws-law.com
 15150 Middlebrook Dr.
Houston, TX  77058
Tel: 281-488-4438 / Fax: 281-488-4597
Counsel for Debtor In Possession

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served electronically via the Court's ECF system upon the parties that receive electronic notices in this case, on the 28th  day of June, 2024.

/s/ Kimberly A. Bartley
Kimberly A. Bartley