United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 01, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-31447 |
| **PALASOTA CONTRACTING, LLC,** § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## FINAL DECREE

Pending before the Court is Debtor's Motion for Final Decree, requesting that the Court close the above referenced case in accordance with 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022. ECF No. 245 (the "*Motion*"). The Court finds that the estate of the Debtor has been fully administered and that the plan is substantially consummated. Considering the Motion, all arguments and/or any objections filed and any declarations in support of the Motion, this Court hereby finds that the Effective Date has occurred, initial plan payments have been made, and the Motion has merit. It is therefore:

**ORDERED** that:

1. the Motion, ECF No. 245, is hereby GRANTED;
2. this case is CLOSED.
3. The Debtor, no later than fourteen (14) days after entry of this Order, shall file with the Clerk of the United States Bankruptcy Court operating reports and statements of disbursements made during each calendar quarter during the period from <Start Date>, through the date of entry of this Order, and shall serve a true and correct copy of said operating reports and statements on the United States Trustee.
4. The Debtor, no later than fourteen (14) days after entry of this Order, shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6) by remitting payment to the United States Trustee Payment Center, P. O. Box 6200-19, Portland, Oregon, 97228-6200, and shall furnish evidence of such payment to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas. The payment shall reflect the Debtor's account number and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6).
5. All professionals shall, no later than fourteen (14) days after entry of this Order, file with the Court an application for professional fees under 11 U.S.C. § 330.
6. Notwithstanding this Order, the Court retains jurisdiction to consider professional fee applications and to enforce payment of fees assessed under 28 U.S.C. § 586, and the Court shall retain jurisdiction over administration of the following adversary proceedings:
    a. a. Palasota Contracting, LLC v White Rock Excavating, Inc., Adversary No. 23-03187 ("White Rock Adversary");
    b. b. Palasota Contracting, LLC v JC Wall, Individually and BK Home Development

    Inc., Adversary No. 23-03188 ("BK Wall Adversary");
c. c. Palasota Contracting, LLC v Kolby Construction, LLC, Clay Kolby and Darsh Enterprise, Inc., Adversary No. 23-03236 ("Kolby Adversary")

SIGNED July 1, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge