United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| PALASOTA CONTRACTING, LLC | § | CASE NO. 23-31447-H5-11 |
| DEBTOR | § | (Chapter 11) |

### ORDER EXTENDING DEADLINES IN FINAL DECREE

At Houston, came on for consideration the *Motion for Extension of Deadlines in Final Decree* ("Motion"), and the Court, after consideration of the Motion, is of the opinion that the Motion should be GRANTED. It is, therefore,

**ORDERED** that the deadline for the filing of (1) all required post-confirmation quarterly operating reports required under 28 U.S.C. §1930(a) is extended to July 31, 2024. It is, further,

**ORDERED** that the deadline for payment of all US Trustee Quarterly Fees due and payable pursuant to 28 U.S.C. §1930(a)(6)(A) is extended to July 31, 2024.

Signed: July 16, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge