UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
Houston Division

[ Clear All Fields ]
[ Save ]

In re: Palasota Contracting, LLC
Debtor(s)

Case No. 23-31447-H5-11

☐ Jointly Administered

**FINAL**
**Post-confirmation Report**

Chapter 11

Quarter Ending Date: 6/30/2024

Petition Date: 4/24/23

Plan Confirmed Date: 3/14/2024

Plan Effective Date: 3/24/2024

This Post-confirmation Report relates to: ☑ Reorganized Debtor
○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

Signature of Responsible Party

Date: 7-25-24

Printed Name of Responsible Party: Ricky Palasota, Jr.

Address: 3407 Tabor Rd, Bryan, TX 77808

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                                        1

Debtor's Name: Palasota Contracting, LLC    [Save]    Case No. 23-31447-H5-11

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | 750,269 | 750,269 |
| b. Non-cash securities transferred | 0 | 0 |
| c. Other non-cash property transferred | 59,158 | 59,158 |
| d. Total transferred (a+b+c) | 809,427 | 809,427 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    Aggregate Total | | | | | |
| | Itemized Breakdown by Firm | | | | | |
| | Firm Name | Role | | | | |
| | Piletere & Associates | CPA | 0 | 0 | 0 | 0 |
| | Walden + Schneider | Attorney | 0 | 0 | 0 | 19685 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    Aggregate Total | | | | | |
| | Itemized Breakdown by Firm | | | | | |
| | Firm Name | Role | | | | |
| | Piletere & Associates | CPA | 0 | 0 | 0 | 0 |
| c. | All professional fees and expenses (debtor & committees) | | 0 | 0 | 0 | 19685 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | 70,000 est | 0 | 19685 | 82,441 | 0% |
| b. Secured claims | 2,500,966 | 79,159 | 79,159 | 2,140,696 | 0% |
| c. Priority claims | 8,204 | 2,361 | 2,361 | 8,204 | 0% |
| d. General unsecured claims | 1,001,788 | 9,243 | 9,243 | 1,854,393 | 0% |
| e. Equity interests | 0 | 0 | 0 | | |

## Part 4: Questionnaire

a. Is this a final report?   Yes ☑  No ☐
   If yes, give date Final Decree was entered: 7/1/2024
   If no, give date when the application for Final Decree is anticipated: _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ☐  No ☑

Debtor's Name: Palasota Contracting, LLC     [Save]     Case No. 23-31447-H5-11

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.

_____
Signature of Responsible Party

Title: owner

Printed Name of Responsible Party: Ricky Palasota, Jr

Date: 7-25-24

[Save]     [Generate PDF for Court Filing and Remove Watermark]

UST Form 11-PCR (12/01/2021)     3

| | plan | paid this quarter | paid cumulative | allowed claims |
|---|---|---|---|---|
| **A Administrative Fees –** | | | | |
| W&S | $ EST | $ 0.00 | $19,684.50 | $74,571.37 |
| Piletere | $ EST | $0.00 | $0.00 | $7,870.00 |
| US Trustee Fees | $ AS CHARGED | $0.00 | $0.00 | $ |
| Total for A | $70,000.00 est | $0.00 | $19,684.50 | $82,441.37 |
| **B Secured Claims** | | | | |
| Encore Bank * | $955,038.00 | $15,500.00 | $15,500.00 | $557,431.09 |
| CCG ** | $1,154,000.00 | $14,250.00 | $14,250.00 | $1,154,000.00 |
| Stellar Bank*** | $179,829.60 | $29,408.63 | $29,408.63 | $158,821.53 |
| Americredit | $118,931.40 | $0.00 | $0.00 | $177,275.56 |
| Brazos County | $93,167.42 | $20,000.00 | $20,000.00 | $93,167.42 |
| Total for B | $2,500,966.42 | $79,158.63 | $79,158.63 | $2,140,695.60 |
| **C Priority Claims** | | | | |
| Texas Comptroller | $AS CALCULATED | $ 2,360.82 | $2,360.82 | $2,360.82 |
| Texas Workforce | $AS CALCULATED | $ 0.00 | $0.00 | $5,842.95 |
| Total for C | $ | $2,360.82 | $2,360.82 | $8,203.77 |
| **D General Unsecured** | | | | |
| Total for D | $1,001,78833 | $ 9,242.97 | $ 9,242.97 | $1,854,393.37 |

\* Encore Bank

Auction sale of 2005 Vogele 2219W Asphalt Paver -Cummins 6 Cyl Diesel, Carlson EZIV-1019 20' Screed, Dual Controls, 4145 hours, S/N: 30660 Located in Bryan, TX

\*\* CCG - $14,250.00

Auction sale of 2006 Vermeer VX30-500LT Hydrovac Trailer - Yanmar Diesel engine, 817 hours, S/N: V5S0723146669 Located in Bryan, TX.

\*\*\* Stellar Bank

Sale of John Deere Equipment.